**1**

**In the Matter of Costis TAKIS, Trading as the Goody Shop, Bankrupt; James B. Ford, Appellant.**

Circuit Court of Appeals, Second Circuit. March 25, 1927.

No. 376.

Appeal from the District Court of the United States for the Southern District of New York.

Middlebrook & Sincerbeaux and W. E. Shrewsbury, all of New York City, for appellant.

A. Palmer and A. Rose, both of New York City, for appellees.

Before MANTON and MACK, Circuit Judges, and CAMPBELL, District Judge.

PER CURIAM. Order affirmed in open court.

---

**2**

**TRUSSELL MANUFACTURING COMPANY, Plaintiff-Appellant, v. S. E. & M. VERNON, Inc., Defendant-Appellee.**

Circuit Court of Appeals, Second Circuit. April 4, 1927.

No. 262.

Appeal from the District Court of the United States for the Eastern District of New York.

Fraser, Myers & Manley, of New York City (Arthur C. Fraser and Louis E. Giles, both of New York City, of counsel), for appellant.

Fritz Ziegler, Jr., of New York City (Hans v. Briesen, of New York City, of counsel), for appellee.

Before MANTON, HAND, and MACK, Circuit Judges.

PER CURIAM. Decree (11 F.[2d] 289) affirmed, with costs.

---

**3**

**Pennsylvania Railroad Company, Libelant-Appellant, v. Steam Lighter UNIT; Unit Boat Company, Claimant-Appellee; Erie Railroad Company, Respondent, Impleaded Appellee.**

Circuit Court of Appeals, Second Circuit. April 18, 1927.

No. 277.

Appeal from the District Court of the United States for the Southern District of New York.

Burlingham, Veeder, Masten & Fearey, of New York City (Chauncey I Clark and J. Dudley Eggleston, both of New York City, of counsel), for appellant.

Alexander & Ash, of New York City (Peter Alexander, of New York City, of counsel), for claimant appellee.

Leo J. Curren, of New York City, for appellee Erie R. Co.

Before MANTON, HAND, and SWAN, Circuit Judges.

PER CURIAM. Decree affirmed, with costs.